JONATHAN J. KIM (SBN 312145)
jonathan.kim@alston.com
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000

DAVID B. CARPENTER (*pro hac vice*)
david.carpenter@alston.com
RACHEL L. BLUMBERG (*pro hac vice*)
rachel.blumberg@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000

*Attorneys for Defendant United Healthcare Services, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE VACCARO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC.; Does 1-100, and Each of Them,<br><br>Defendant. | Case No. **2:25-cv-03842-SPG-AJR**<br><br>(Los Angeles Superior Court Case No. 25STCV09014)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 27, 2025<br>Complaint Served: April 1, 2025<br>Current Response Date: June 30, 2025 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Plaintiff DAVE VACCARO and Defendant UNITED HEALTHCARE SERVICES, INC., reached a settlement on June 27, 2024. A settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed, the parties shall file a Stipulation of Dismissal with prejudice. Accordingly, the parties respectfully request that this matter be stayed for sixty (60) days to allow the parties to finalize the settlement details.

Dated: June 30, 2025

JONATHAN J. KIM
DAVID B. CARPENTER *(PRO HAC VICE)*
RACHEL LEFF BLUMBERG *(PRO HAC VICE)*
**ALSTON & BIRD LLP**

By: _____
Jonathan J. Kim
Attorneys for Defendant United Healthcare Services, Inc.

Dated: June 30, 2025

TODD M. FRIEDMAN
ADRIAN R. BACON
MEGHAN E. GEORGE
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
By: _____*/s/ Adrian R. Bacon*_____
Adrian R. Bacon
Attorneys for Plaintiff Dave Vaccaro

## **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

By _____
Jonathan J. Kim

## **CERTIFICATE OF SERVICE**

I, Jonathan Kim, hereby certify that on this 30th day of June, 2025, I caused a true and correct copy of the foregoing to be served on all parties who are scheduled to receive notice through the Court's ECF system.

Dated: June 30, 2025          By: _____
                              Jonathan Kim (SBN 312145)
                              *Attorney for Defendant United Healthcare Services, Inc.*